IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHERMAN MASON,
ADC #86588                                                                                              PLAINTIFF

V.                                              2:05CV00102 SWW/JTR

MONIEK FINGERS, Officer, East
Arkansas Regional Unit, Arkansas
Department of Correction, et al.                                                              DEFENDANTS

**ORDER**

On August 16, 2005, separate Defendant Charles Hendrix filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and supportive documents. *See* docket entries #18, #19, and #20. The Court concludes that a Response from Plaintiff would be helpful to the resolution of that Motion.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant Hendrix's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (docket entry #18).

2.     Plaintiff is advised that the failure to timely and properly comply with this Order could result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]

Dated this 18th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)