**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

SHERMAN MASON                                                                                                     PLAINTIFF

V.                                    2:05CV00102 SWW/JTR

MONIEK FINGERS, Officer, East
Arkansas Regional Unit, Arkansas
Department of Correction, et al.                                                  DEFENDANTS

**<u>ORDER</u>**

On July 20, 2005, the Court issued an Order giving Plaintiff, who has previously been granted permission to proceed *in forma pauperis*, 120 days to provide a service address for Defendant Soxce Phillips. *See* docket entries #3 and #9. Plaintiff has timely filed a Response indicating that Defendant Soxce Phillips is actually Officer Joyce Phillips, who works for the East Arkansas Regional Unit of the Arkansas Department of Correction. *See* docket entry #25.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change Defendant "Soxce Phillips" to "Defendant Joyce Phillips, Officer, East Arkansas Regional Unit, Arkansas Department of Correction."

2. The Clerk is directed to prepare a summons for Defendant Phillips, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), the June 6, 2005 Partial Recommended Disposition (docket entry #4), and the June 21, 2005 Order (docket entry #5) upon Defendant Phillips through the ADC Compliance Division, without prepayment of fees and costs or security therefor.

3. The Clerk is directed to indicate on the docket sheet that, at this time, Defendant

Moniek Fingers is representing herself in this action. However, because information regarding her private mailing address has been sealed, the Clerk shall NOT list her mailing address on the docket sheet.

Dated this 21st day of November, 2005.

/s/ Thomas Ray
_____
UNITED STATES MAGISTRATE JUDGE
